IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kubitz, Wayne F | Case Number: 08 B 24152 |
|---|---|---|
| | Kubitz, Carol A | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 9/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 12, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,224.00 | |
| Secured: | | 912.74 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,540.00 |
| Trustee Fee: | | 244.00 |
| Other Funds: | | 527.26 |
| Totals: | 4,224.00 | 4,224.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,540.00 | 2,540.00 |
| 2. | HFC | Secured | 0.00 | 0.00 |
| 3. | National Auto Finance Co | Secured | 7,867.32 | 912.74 |
| 4. | Spirit Of America Nat'l Ban | Unsecured | 36.61 | 0.00 |
| 5. | CB USA | Unsecured | 12.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 188.57 | 0.00 |
| 7. | National Capital Management | Unsecured | 286.89 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 207.50 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 114.51 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 35.26 | 0.00 |
| 11. | Spirit Of America Nat'l Ban | Unsecured | 52.43 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 116.38 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 82.05 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 44.13 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 84.82 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 157.53 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 86.88 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 157.13 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 232.13 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 80.29 | 0.00 |
| 21. | National Auto Finance Co | Unsecured | 0.00 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 80.26 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 268.16 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 254.64 | 0.00 |
| 25. | RoundUp Funding LLC | Unsecured | 300.32 | 0.00 |
| 26. | RoundUp Funding LLC | Unsecured | 564.23 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kubitz, Wayne F | Case Number: 08 B 24152 |
|---|---|---|
| | Kubitz, Carol A | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 9/11/08 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 27. | ECast Settlement Corp | Unsecured | 102.80 | 0.00 |
| 28. | Resurgent Capital Services | Unsecured | 370.40 | 0.00 |
| 29. | ECast Settlement Corp | Unsecured | 141.18 | 0.00 |
| 30. | RoundUp Funding LLC | Unsecured | 91.09 | 0.00 |
| 31. | ECast Settlement Corp | Unsecured | 158.80 | 0.00 |
| 32. | RoundUp Funding LLC | Unsecured | 199.06 | 0.00 |
| 33. | Resurgent Capital Services | Unsecured | 86.19 | 0.00 |
| 34. | ECast Settlement Corp | Unsecured | 269.40 | 0.00 |
| 35. | ECast Settlement Corp | Unsecured | 139.46 | 0.00 |
| 36. | Account Management Service | Unsecured | | No Claim Filed |
| 37. | Doubleday Book Club | Unsecured | | No Claim Filed |
| 38. | Card Member Services | Unsecured | | No Claim Filed |
| 39. | Household Financial Corporation | Unsecured | | No Claim Filed |
| 40. | GEMB | Unsecured | | No Claim Filed |
| 41. | DSNB | Unsecured | | No Claim Filed |
| 42. | Account Recovery Service | Unsecured | | No Claim Filed |
| 43. | Home Depot | Unsecured | | No Claim Filed |
| 44. | HSBC | Unsecured | | No Claim Filed |
| 45. | ICS | Unsecured | | No Claim Filed |
| 46. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 47. | Good Cook Book Club | Unsecured | | No Claim Filed |
| 48. | Target | Unsecured | | No Claim Filed |
| 49. | Presidio/CM | Unsecured | | No Claim Filed |
| 50. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 51. | WFNNB/Roaman | Unsecured | | No Claim Filed |
| 52. | Worldwide Asset Purchasing LLC | Unsecured | | No Claim Filed |
| | | | $ 15,408.42 | $ 3,452.74 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 244.00 |
| | $ 244.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

